UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Stephen Johnston, et al.

    v.                   Civil No. 08-cv-00344-JL

Pauline Eastman

**ORDER AFTER PRELIMINARY
PRETRIAL CONFERENCE**

The Preliminary Pretrial Conference was held in chambers on December 8, 2008.

The Discovery Plan (document no. 11) is **approved** as submitted.

Based on the discussions between the court and counsel/parties at the conference, the following are **stricken** without prejudice to being reinstated on request if warranted by the evidence:

- the plaintiff's claims for:     N/A
- the following affirmative defenses:   ¶23 (estoppel)

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: December 9, 2008

cc: Christopher J. Seufert, Esq.
    Friedrich Kreutzer Moeckel, Esq.