UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Stephen Johnston, et al.</u>

    v.                      Civil No. 08-cv-00344-JL

<u>Pauline Eastman</u>

**O R D E R**

    The Structuring Conference currently scheduled for **May 20, 2009 at 10:00 a.m.** will include a substantive, meaningful discussion of the parties' claims and defenses.  Counsel are expected to be prepared to engage in an open, cooperative discussion in good faith.  Counsel are reminded of the obligations imposed by Fed. R. Civ. P. 11(b)(3) and (4), and should be prepared to explain the factual basis underlying any claims or defenses they have pleaded.

    Each party shall be represented at the Structuring Conference by counsel authorized to bind the party on all matters.

    **SO ORDERED.**

                                  _____
                                  Joseph N. Laplante
                                  United States District Judge

Dated:    May 14, 2009

cc:  Christopher J. Seufert, Esq.
     Mark D. Wiseman, Esq.